# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

CHRISTOPHER HUNT,
an individual,

       Plaintiff,

v.

TRANS UNION LLC,
a limited liability company,

       Defendant.

_____/

Case No.: 8:25-cv-00258-MSS-AEP

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT
## AS TO DEFENDANT TRANS UNION LLC

**COMES NOW**, Plaintiff, CHRISTOPHER HUNT ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC ("Trans Union") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and Trans Union will request that this matter be dismissed with prejudice.

Dated: April 4, 2025

Respectfully submitted,

**SWIFT LAW PLLC**

/s/ *Aaron M. Swift*
_____
**Aaron M. Swift, Esq., FBN 0093088**
Jordan T. Isringhaus, Esq., FBN 0091487
Sean E. McEleney, Esq., FBN 125561

1

11300 4th Steet N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2025, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Aaron M. Swift*
Attorney for Plaintiff