UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER HUNT,
an individual,

        Plaintiff,

v.

TRANS UNION LLC,
a limited liability company,

        Defendant.

_____/

Case No.: 8:25-cv-00258-MSS-AEP

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT, TRANS UNION LLC

Plaintiff, CHRISTOPHER HUNT (hereinafter, "Plaintiff"), and Defendant, TRANS UNION LLC (hereinafter, "Trans Union") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this *Joint Stipulation for Dismissal with Prejudice as to Defendant Trans Union LLC* as follows:

There are no longer any issues in this matter between Plaintiff and Trans Union to be determined by this Court. Plaintiff and Trans Union hereby stipulate that all causes of action that were or could have been asserted against Trans Union are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

    Dated: May 22, 2025

Respectfully Submitted,

SWIFT LAW PLLC
/s/ *Aaron M. Swift*
Aaron M. Swift, Esq., FBN 0093088
Jordan T. Isringhaus, Esq., FBN 0091487
Sean E. McEleney, Esq., FBN 0125561
11300 4th St. N., Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

TRANS UNION LLC

/s/ *Charlotte Long*
Charlotte Long, Esq. FBN 0112517
555 W. Adams Street
Chicago, IL 60661
charlotte.long@transunion.com
Phone: (469) 578-1464
*Counsel for Defendant Trans Union LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 22, 2025, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Trans Union LLC* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Aaron M. Swift*
Attorney